# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

KNOW PRAOC

DEC 18 2007  3 copes

→ 06-CF old 1569 ←

Right of preserver
Was violed
Madison County Jail
Plaintiff/Petitioner(s),

Docket No. 07-CF-1338
(To be supplied by the Clerk)

07-873-GPM

☒ CIVIL RIGHTS COMPLAINT
pursuant to 42 U.S.C. §1983
(State Prisoner)

-vs-

Judg Donald Earl Bell IIII
Judg Namy James Bell / Nelly Harris IIII
Morth Namy Harris IIII Judg
Father James Bell IIII Judg
Defendant/Respondent(s).

☒ CIVIL RIGHTS COMPLAINT
pursuant to 28 U.S.C. §1331
(Federal Prisoner)

☒ CIVIL COMPLAINT
pursuant to the Federal Tort Claims
Act, 28 U.S.C. §1346, 2671-2680

## I. JURISDICTION

A. Plaintiff's mailing address and/or register number and present place of confinement.
Madison County Jail in Granite City Ill 60240

B. Defendant Donald Earl Bell IIII / Namy-James Bell / Nelly Harris IIII is employed as
(Name of First Defendant)
(Position/Title) Namy - James Bell Madison County Jail
with Donald Earl Bell Nelly Harris IIII
(Employer's Name and Address)
Granite City 602014

At the time the claim(s) alleged in this complaint arose, was the defendant employed by the state, local or federal government?   Yes ☒   No ( )

If your answer is "yes", briefly explain:
I recavi Social Sogrity from East St. Louis Social Sogrity officers

Rev. 2/00

Please send me copes

C. Defendant _____Know(_____ is employed as
(Name of Second Defendant)

_____
(Position/Title)

with _____Know(_____
(Employer's Name and Address)

_____KNow(_____

At the time the claim(s) alleged in this complaint arose, was the defendant employed by the state, local or federal government?

    Yes (X)    No ( )

If your answer is "yes", briefly explain:
I Receiv Social Society
iN EAST ST. Louis 516 N 13 ST

D. Using the outline of the form provided, include the above information for any additional defendant(s).
Violation of per sener Rul
Tow protect. I was promies By Juda
iN Court Room Hell send Help. For personal
inue. iN Count Jail. pictures was Taking
By Nurse Three pictures

II. **PREVIOUS LAWSUITS**

A. Have you begun any other lawsuits in state or federal court relating to your imprisonment?

    Yes ( )    No ( )

B. If your answer to "A" is "yes", describe the lawsuit(s) in the space below. (If there is more than one (1) lawsuit, you must describe the additional lawsuits on another sheet of paper, using the same outline.) **Failure to comply with this provision may result in summary denial of your complaint.**
KNOW



1. Parties to previous lawsuits:
   Plaintiff(s) __Right of persener__

   Defendant(s) __Right of persener__

2. Court (if Federal Court, name the District; if State Court, name the County) _____

3. Docket number __07-CF-1338__

4. Name of Judge to whom case was assigned __Unknow__

5. Type of case (for example: Was it a Habeas Corpus or Civil Rights action?) __Right of per se.Nen__

6. Disposition of case (for example: Was the case dismissed? Was it appealed? Is it still pending?) __Frist case__

7. Approximate date of filing lawsuit __11-30-07__

8. Approximate date of disposition __11 30-07__

## III. GRIEVANCE PROCEDURE

A. Is there a prisoner grievance procedure in the institution? __No__

B. Did you present the facts relating to your complaint in the prisoner grievance procedure?
   Yes ( ) No ( )

C. If your answer is "yes",
   1. What steps did you take? __No__

   2. What was the result? __No__

D. If your answer is "no", explain why not. __No__

Rev. 2/00

E. If there is no prisoner grievance procedure in the institution, did you complaint to prison authorities? Yes ( )    No (X)

F. If your answer is "yes",
   1. What steps did you take? ___No___
   2. What was the result? ___No___

G. If your answer is "no", explain why not. ___No___

H. Attach copies of your request for an administrative remedy and the response(s) you received. If you cannot do so, explain why not: 
I WAS PROMIES BY Judg. Hell Send Help IN Court Room. I've Belive That. But Never did

## IV. STATEMENT OF CLAIM

State here, as briefly as possible, the FACTS of your case. State who, what, when, where and how you feel your constitutional rights were violated. Do not cite cases or statutes. If you choose to submit legal arguments or citations, you must do so in a separate memorandum of law. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. If your claims relate to prison disciplinary proceedings, **attach copies of the disciplinary charges and any disciplinary hearing summary as exhibits.**

**Only two (2) extra pages (8½ x 11") are permitted, if necessary, to complete your statement of claim.** Additionally, attach any relevant, supporting documentation.

All Right of And per Sener was Volaed. By And PRAOL officer. I've Never Seen IN life iN I DOC. IN EAST ST Louis Ill I've Been There 9 years And Never Seen Mike Murph I'm lock up For And PRAOL officers I've Never Seen.

Complanint was Mad With Judg in Court Room. us This Ass And Complanint was Not Ably To get Complanint Judg said Heyl Send Help. But Never did.

To Have AndGovenment Complanint To STAY AWAY FromEAST ST.Louis MAYOR

I Have A Govenment Complanint To STAY AWAY From EAST ST. Louis From 2000

Rev. 2/00

4Q

(N) OHEC

Right of Personen

ON Are OFF PRAOL

- 5 -

TIIV

Rev. 2/00
5Q

## V. REQUEST FOR RELIEF

State exactly what you want the Court to do for you. If you are a state or federal prisoner, and seek relief which affects the fact or duration of your imprisonment (for example: illegal detention, restoration of good time, expungement of records or parole release), you must file your claim on a Habeas Corpus form, pursuant to 28 U.S.C. §2254, 28 U.S.C. §2255, or 28 U.S.C. §2241.

Consitutional was volaed. Right of perserver B20267 was volaed. By Mike Murph the Never Seen praol officer

Relife $18000 Dollare I've lost ever Thing House close Funes Family and Friends

## VI. JURY DEMAND (check one box below)

The plaintiff does ☒    does not ☐    request a trial by jury. (See Fed.R.Civ.P. 38.)

## DECLARATION UNDER FEDERAL RULE OF CIVIL PROCEDURE 11

I, the undersigned, certify to the best of my knowledge, information, and belief, that this complaint is in full compliance with Rule 11(a) and 11(b) of the Federal Rules of Civil Procedure. The undersigned also recognizes that failure to comply with Rule 11(a) and (b) may result in sanctions, monetary or non-monetary, pursuant to Federal Rule of Civil Procedure 11(c).

The plaintiff hereby requests the Court issue all appropriate service and/or notices to the defendant(s).

Signed this 30 day of December, 2007.

Donald Earl Bell   NAMP→ Nelly Harris
Signature of Plaintiff

Yes

Signature of attorney, if any

You Have To call My Lawyer over in St Louis MO at 356 Del Myers St Louis MO 63287

For Namy Nelly James Bell Harris II
Donald Earl Bell 1-1-71 / 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

Rev. 2/00

-6-